Opinion issued September
30, 2010 

 

 




 
 
 
 
 
 
 




 

 

 

 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00743-CV

———————————

 

DAWN JOHNSON WHATLEY INDIVIDUALLY AND AS EXECUTRIX OF
THE ESTATE OF PERRY LEE WHATLEY AND MICHAEL EASTON, Appellant

 

V.

 

SHAWN PHELAN, THOMPSON COE COUSINS & IRONS, LLP;
DAVID CABRALES, RACHAEL HOPE STINSON, LOCKE LORD BISSELL & LIDDELL, LLP
(F/K/A LOCKE LIDDELL & SAPP, LLP), Appellees

 



 

On Appeal from the 190th District Court

Harris County,
Texas

Trial Court Cause No. 2009-52626

 



 

MEMORANDUM  OPINION

Appellant has filed a motion to
dismiss the appeal.  More than 10 days
have elapsed, and no objection has been filed. 
No opinion has issued. 
Accordingly, the motion is granted, and the appeal is dismissed.  Tex.
R. App. P. 42.1(a)(1).








All other pending motions in this
appeal are overruled as moot.  The Clerk
is directed to issue mandate within 10 days of the date of this opinion.  Tex.
R. App. P. 18.1.

PER
CURIAM

Panel consists of Chief Justice Radack, and Justices Higley
and Massengale.